UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ADELIA YOUNG,<br>individually and on behalf of all others similarly situated,<br><br>      Plaintiff,<br><br>v.<br><br>TESCO, INC. and<br>BARTON LAWRENCE MUNRO JR.<br><br>      Defendants | Civ. A. No. 1:23-cv-12353-DLC |

## PLAINTIFF'S ASSENTED-TO MOTION FOR FINAL APPROVAL OF COLLECTIVE AND CLASS ACTION SETTLEMENT

Plaintiff submits this Assented-to Motion for Final Approval of Collective and Class Action Settlement. For the reasons set forth in Plaintiff's accompanying memorandum of law, and exhibits attached thereto (including the proposed final approval order attached as Exhibit B to Plaintiff's memorandum), Plaintiff respectfully requests that this motion is **ALLOWED**.

Respectfully submitted,
Plaintiff, Adelia Young,
individually & on behalf of
all others similarly situated

By her attorney,

/s/ Adam J. Shafran_____
Adam J. Shafran, BBO#670460
Rudolph Friedmann LLP
92 State Street
Boston, MA 02109
617-723-7700
617-227-0313 (fax)

## RULE 7.1 CERTIFICATION

I, Adam J. Shafran, hereby certify that counsel for the Plaintiff conferred with Defendants' counsel, and Defendants assent to Plaintiff's motion.

*/s/ Adam J. Shafran*
Adam J. Shafran

## CERTIFICATE OF SERVICE

I, Adam J. Shafran, hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic filing (NEF) on December 12, 2024.

*/s/ Adam J. Shafran*
Adam J. Shafran